FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV -4 PM 3: 25
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EARL V. PARRISH, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-258
)
VANCE LAUGHLIN, Warden )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which an objection has been filed (Doc. 6). The Magistrate Judge recommended that Petitioner's 28 U.S.C. § 2254 petition be dismissed on the grounds that it is second or successive, and Petitioner has failed to receive the necessary leave from the Court of Appeals of the Eleventh Circuit. (Doc. 3 at 3) In his objection, Petitioner requests that the Court stay this case pending the Eleventh Circuit's consideration of his request for leave to file a second or successive petition. According to Petitioner, he will be able to file a petition should his request be granted. Regardless, the instant petition was filed out of time and without leave and therefore must be dismissed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

As a result, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of November 2015.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA